Circuit denied. *Messrs. James C. Davis* and *A. A. Mc-Laughlin* for petitioner. *Mr. Donald Evans* for respondent.

No. 207. MORRISETTE *v.* BOULEVARD BRIDGE CORP'N. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Claudian B. Northrop* for petitioner. *Mr. E. Randolph Williams* for respondent.

No. 208. RICHMOND SCREW ANCHOR CO., INC., *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Messrs. O. Ellery Edwards, Wm. Houston Kenyon, Archibald Cox, Joseph W. Cox, Douglas H. Kenyon,* and *F. M. Sheffield* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. George C. Butte* and *Henry A. Cox* for the United States.

No. 209. LOUISVILLE & NASHVILLE R. CO. *v.* BUSH. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Ashby M. Warren* and *Harold R. Small* for petitioner. *Messrs. Thomas T. Fauntleroy* and *P. H. Cullen* for respondent.

No. 210. GAINESVILLE *v.* BROWN-CRUMMER INVESTMENT CO. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. O. Davis* for petitioner. *Messrs. John T.*

*Suggs, James G. Martin, Rhodes S. Baker, Alex. F. Weisberg,* and *F. C. Dillard* for respondent.

No. 211. READ *v.* WILBUR, SECRETARY OF THE INTERIOR. October 21, 1929. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Charles R. Pierce* for petitioner. *Solicitor General Hughes,* and *Messrs. Seth W. Richardson, Claude R. Branch,* and *Perry G. Michener* for respondent.

No. 213. KALES *v.* WOODWORTH. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Hal H. Smith* and *Archibald Broomfield* for petitioner. *Solicitor General Hughes,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 214. UNITED STATES EX REL. CONSTANTINO *v.* KARNUTH, DISTRICT DIRECTOR OF IMMIGRATION, ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Irving W. Cole* for petitioner. *Solicitor General Hughes, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

No. 215. REYNOLDS MORTGAGE Co. *v.* ABRAHAM LINCOLN LIFE INS. Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Ernest May* for petitioner. *Mr. J. H. Barwise* for respondent.